# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00648-CV

**Gilbert J. Rodriguez, Individually, and as Independent Executor of the Estate of Evangelina G. Rodriguez, Ellien Rodriguez Navarro, and Mollie Rodriguez Ahlbrand, Appellants**

**v.**

**Francisco Munoz and Liliam Flores Munoz, Appellees**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-13-001785, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Gilbert J. Rodriguez, Individually, and as Independent Executor of the Estate of Evangelina G. Rodriguez, Ellien Rodriguez Navarro, and Mollie Rodriguez Ahlbrand have notified this Court that they no longer wish to pursue this appeal and have filed an unopposed motion to dismiss it. Counsel for appellants states that he has conferred with counsel for appellees, Francisco Munoz and Liliam Flores Munoz, who do not oppose this motion.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellants' Motion

Filed: February 20, 2015